AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 17cr10110-DPW |
| J'CYNDA SALES | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 06/12/2017

_[signature]_
Defendant's signature

_[signature]_
Signature of defendant's attorney

JOHN SALSBERG
Printed name of defendant's attorney

_[signature]_
Judge's signature

Douglas P. Woodlock, United States District Judge
Judge's printed name and title